ACCEPTED
12-14-00314-CR; 12-14-00315-CR; 12-14-316-CR; 12-14-00317-CR; 12-14-00318-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/29/2015 2:51:36 PM
CATHY LUSK
CLERK

NO. 12-14-00314-CR; 12-14-00315-CR; 12-14-00316-CR;
12-14-00317-CR; 12-14-00318-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/29/2015 2:51:36 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| DANIEL WAYNE MCLEMORE, Appellant, | § § § § § § § § | IN THE TWELFTH COURT OF APPEALS IN AND FOR |
| VS. | | |
| THE STATE OF TEXAS, Appellee | | THE STATE OF TEXAS |

## MOTION TO FILE LATE APPELLEE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now the State of Texas, by and through her attorney pro tem, Thomas J. Burton, and makes this MOTION TO FILE LATE APPELLEE'S BRIEF. In support of this motion, movant would show the following:

1. Appellant filed his brief on June 8, 2015. It was filed late, though Appellant had been granted a number of extensions to file such brief.

2. On each occasion when Appellant's brief was due, movant had a discussion with Appellant's counsel and agreed to an extension of time to prepare and file such brief.

3. Because Appellant's brief was filed June 8, 2015, Appellee's brief was due to be filed or or before July 8, 2015.

4. Movant is the Attorney Pro Tem for the State of Texas in this case, and has been so during the trial and appeal of these cases. The Criminal District Attorney for Wood County Texas is Jim Wheeler, who recused himself early on due to the fact that he was related by marriage to the Appellant and was a potential witness in the subject cases.

5. The home and mailing address of Movant is 1843 N. FM 14, Quitman, Texas as properly reflected in the designation of parties and counsel contained in Appellee's Brief. Movant is a former Assistant District Attorney for Wood County, working full time as a prosecutor until August 2007. Movant does receive mail from time to time addressed to him at the Wood County District Attorney's Office, P.O. Box 689, Quitman, Texas.

6. Movant has never received a copy of Appellant's Brief from Appellant's counsel. Movant obtained a copy of such brief on July 21, 2015 from this court's website, , following a conversation with Appellant's Counsel Wm. Brandon Baade on July 20, 2015 in which Mr. Baade advised Movant he had filed Appellant's Brief in this case.

7. Until the above conversation and visiting the website for the 12th Court of Appeals, Movant was unaware of the filing of Appellant's Brief, or the due date for filing Appellee's Brief.

8. There is no indication that a copy of Appellant's Brief has been forwarded to Movant or to the Wood County Criminal District Attorney's Office.

9. Immediately upon learning that Appellant had filed his brief and that a due date for filing Appellee's Brief had been established, Movant reviewed Appellant's Brief and prepared Appellee's Brief which is this day submitted to be filed.

10. Movant met with Appellant's counsel, Wm. Brandon Baade, and Mr. Baade represented that he had no objection to any extension of time to file Appellee's Brief.

WHEREFORE, the State of Texas, through her Attorney Pro Tem, Thomas J. Burton, requests the court grant this Motion To File Late Appellee's Brief.

Respectfully submitted,

Thomas J. Burton #03479500
1843 N. FM 14
Quitman, Texas 75783.
903-781-2201
Blaw6323@live.com

Attorney Pro Tem for the State of Texas
Movant/Appellee

CERTIFICATE OF CONFERENCE

I certify that I have contacted Wm. Brandon Baade, Attorney for Appellant in this case, and he is in agreement with the relief requested in this motion.

Thomas J. Burton

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was served on all counsel of record by U.S. Mail on July 29, 2015.

_____
Thomas J. Burton